UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 21-0978 JGB (KKx) | Date | September 11, 2024 |
| Title | *Trustees of the Southern California IBEW-NECA Pension Plan, et al. v. Cico Electrical Contractors, Inc., et al.* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):   Attorney(s) Present for Defendant(s):

None Present   None Present

**Proceedings:**   Order (1) REQUIRING the Parties to Show Cause re: Failure to Prosecute; (2) COMPELLING the Parties to File Their Joint Rule 26(f) Report No Later Than September 23, 2024; and (3) CONTINUING the Scheduling Conference to September 30, 2024 (IN CHAMBERS)

On June 10, 2021, Plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, National Electrical Industry Fund, Administrative Maintenance Fund, Southern California IBEW-NECA Administrative Corporation, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Los Angeles Electrical Workers Credit Union, and Contract Compliance Fund's (collectively, "Plaintiffs") filed a complaint against Defendants Cico Electrical Contractors, Inc. and Cecilio Anthony Juare (jointly, "Defendants"). ("Complaint," Dkt. No. 1.) On December 6, 2022, the Court stayed the action pending Defendant Cico Electrical Contractors, Inc.'s bankruptcy proceedings. ("Stay," Dkt. No. 21.) On August 13, 2024, Plaintiffs filed an application to lift the stay, reopen the action, and set a scheduling conference. ("App. to Lift Stay," Dkt. No. 39.)

On August 28, 2024, the Court granted the App. to Lift Stay, reopened the action, and set a scheduling conference for September 16, 2024. ("Order," Dkt. No. 40.) Pursuant to Federal Rule of Civil Procedure 26(f) and Local Rule 26, the parties were required to file a Joint Rule

26(f) not later than 14 days before the conference.  Fed. R. Civ. P. 26(f); L.R. 26; see also Dkt. No. 13 at 1-2.

      As of the date of this order, the parties have not filed their Joint Rule 26(f) Report.  Accordingly, the Court, on its own motion, **ORDERS** the parties to show cause why this matter should not be dismissed without prejudice for failure to prosecute.  Link v. Wabash R. Co., 370 U.S. 626 (1962) (stating the court has inherent power to dismiss for lack of prosecution on its own motion).  Each party is required to respond in writing, on or before **September 23, 2024**.  Failure to respond, or an unsatisfactory response, may result in the imposition of sanctions against either or both of the parties.  The Court further **ORDERS** the parties to comply with this Order and file a Joint Rule 26(f) Report no later than **September 23, 2024**.  The Scheduling Conference is **CONTINUED** to **September 30, 2024**, at 11:00 a.m.

      **IT IS SO ORDERED.**