# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA SUPPLEMENTAL UNEMPLOYMENT BENEFIT TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL NECA-IBEW LABOR-MANAGEMENT COOPERATION COMMITTEE TRUST FUND, NATIONAL ELECTRICAL INDUSTRY FUND, LOS ANGELES ELECTRICAL WORKERS CREDIT UNION, CONTRACT COMOPLIANCE FUND, ADMINISTRATIVE MAINTENANCE FUND, and SOUTHERN CALIFORNIA IBEW-NECA ADMINISTRATIVE CORPORATION,<br>　　　　　　　　Plaintiffs,<br>　　　v. | Case No. 5:21-cv-00978-JGB-SPx<br><br>ASSIGNED TO THE HONORABLE JESUS G. BERNAL<br><br>**FIRST AMENDED JUDGMENT** |

|   |   |
|---|---|
| 1 | CICO ELECTRICAL CONTRACTORS, INC., a California corporation; and |
| 2 | CECILIO ANTHONY JUARE, an individual, |
| 3 |   |
| 4 | Defendants. |

This action having been commenced on June 10, 2021, and the Court having approved the Stipulation for Entry of First Amended Judgment in favor of Plaintiffs and against Defendants, and for good cause shown,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

Plaintiffs, Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the Southern California IBEW-NECA Defined Contribution Trust Fund, Trustees of the Southern California IBEW-NECA Health Trust Fund, Trustees of the Southern California IBEW-NECA Supplemental Unemployment Benefit Trust Fund, Trustees of the Los Angeles County Electrical Educational and Training Trust Fund, Trustees of the National Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-Management Cooperation Committee, Trustees of the National NECA-IBEW Labor-Management Cooperation Committee Trust Fund, National Electrical Industry Fund, Los Angeles Electrical Workers Credit Union, Contract Compliance Fund, Administrative Maintenance Fund, and Southern California IBEW-NECA Administrative Corporation, shall recover from Defendants, Cico Electrical Contractors, Inc., a California corporation, and Cecilio Anthony Juare, an individual, jointly and severally, the principal amount of $590,705.18, plus pre-judgment and post-judgment interest thereon at the rate of 8% per annum from February 20, 2025, until paid in full.

Dated: May 2, 2025

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE